IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 16-00020-CG |
| | ) | |
| CHARLOTTE STALLWORTH DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the Court on the United States' Motion to Dismiss Indictment (Doc. 231), in which the Government moves to dismiss the indictment currently pending against Defendant on the grounds that she has successfully completed her term of pretrial diversion.

Upon due consideration, the Court finds that the Government's motion is due to be and is hereby **GRANTED**. All charges currently pending in the Indictment filed on January 27, 2016 against Defendant, Charlotte Stallworth Davis, are hereby **DISMISSED** pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

**DONE and ORDERED** this 5th day of December, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE